UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-60230-Civ-Scola/Seltzer

TAMIKO P. WALKER,

    Plaintiff,

v.

FINANCIAL RECOVERY SERVICES, INC.,
BRIAN CHARLES BOWERS, and
JOHN DOE,

    Defendants,
_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF BRIAN CHARLES BOWERS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants, Financial Recovery Services and Brian Charles Bowers, jointly stipulate to a Dismissal without Prejudice as to Brian Charles Bowers.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Alissa M. Ellison, Esq |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Gray Robinson, P.A. |
| Fort Lauderdale, Florida  33339 | Suite 2700 |
| Telephone: 954-537-2000 | 401 East Jackson Street |
| Facsimile: 954-566-2235 | Tampa, FL 33602 |
| | Telephone: 813-273-5068 |
| | Facsimile: 813-273-5145 |
| | |
| By:  /s/ Donald A. Yarbrough | By: /s/ Alissa M. Ellison |
| Donald A. Yarbrough, Esq. | Alissa M. Ellison, Esq |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-60230-Civ-Scola/Seltzer

TAMIKO P. WALKER,

    Plaintiff,

v.

FINANCIAL RECOVERY SERVICES, INC.,
BRIAN CHARLES BOWERS, and
JOHN DOE,

    Defendants,
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 6, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            s/Donald A. Yarbrough
                                            Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Alissa M. Ellison, Esq.
Gray Robinson, P.A.
Suite 2700
401 East Jackson Street
Tampa, FL 33602
Telephone: 813-273-5068
Facsimile: 813-273-5145

Via Notices of Electronic Filing generated by CM/ECF