United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Tamiko P. Walker, Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 13-60230-Civ-Scola |
| | ) |
| Financial Recovery Service, Inc., | ) |
| Defendant | ) |

## Judgment

It is **ordered** that judgment is entered in this matter in favor of Walker and against the Defendant Financial Recovery Service, Inc., consistent with the offer of judgment.

More specifically, judgment is entered against Defendant in the total amount of $31,501.00 plus costs arising from Walker's claims against Defendant as alleged in Walker's pleadings. Judgment is also entered permanently enjoining Defendant from placing non-emergency calls to Walker's cellular telephone number at issue in this matter using an automatic telephone dialing system or pre-recorded or artificial voice. Lastly, judgment is entered declaring that Defendant's calls to Walker violated the Telephone Consumer Protection Act.

**Done and ordered**, in chambers at Miami, Florida, on June 18, 2014.

_____
Robert N. Scola, Jr.
United States District Judge