UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-60230-Civ-Scola/Valle

TAMIKO P. WALKER,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

FINANCIAL RECOVERY SERVICES, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Matthew P. Kostolnik, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Moss & Barnett, P.A. |
| Fort Lauderdale, Florida 33339 | Suite 4800 |
| Telephone: 954-537-2000 | 90 South Seventh Street |
| Facsimile: 954-566-2235 | Minneapolis, MN 55402 |
| | Telephone: 612-877-5000 |
| | |
| By: /s/ Donald A. Yarbrough | By: /s/ Matthew P. Kostolnik |
| Donald A. Yarbrough, Esq. | Matthew P. Kostolnik, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-60230-Civ-Scola/Valle

TAMIKO P. WALKER,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

FINANCIAL RECOVERY SERVICES, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 14, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                          s/Donald A. Yarbrough
                                                          Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Matthew P. Kostolnik, Esq.
Moss & Barnett, P.A.
Suite 4800
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-877-5000
Via Notices of Electronic Filing generated by CM/ECF